PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Tamika Riley       Cr.: 07-CR-578-02
                                      PACTS #: 49338

Name of Sentencing Judicial Officer: The Honorable William J. Martini, U.S. District Judge

Date of Original Sentence: 07/29/08

Original Offense: Mail Fraud; Tax Evasion and Tax Evasion Fraud

Original Sentence: 15 months custody (to run concurrently); 3 years Supervised Release; DNA; IRS; Financial Disclosure $1,200 special assessment and $27,000 Fine

Type of Supervision: TSR                    Date Supervision Commenced: 10/16/09

## STATUS REPORT

U.S. Probation Officer Action:

On October 16, 2009, the offender was began her 36 month term of supervised release. The offender was transferred to our low intensity caseload on June 13, 2011.

Ms. Riley currently resides in Jersey City, NJ. The offender is currently employed with Macy's. On November 20, 2009, a modification was sent to the Court requesting to lower offender's payments from $300 a month to $100 per month. We believe that Ms. Riley has paid the court-ordered restitution to the best of her financial ability. To date, she has paid off her $1,200 special assessment and $3,875 towards her fine obligation. It should be noted that should her term of supervision expire as scheduled, her case will be referred to the U.S. Attorney's Office, Financial Litigation Unit for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Ms. Riley's term of supervision to expire as scheduled on October 15, 2012.

Respectfully submitted,

By: Patricia C. Jensen
U.S. Probation Officer
Date: September 22, 2012

[X] Concur with the U.S. Probation Office's recommendation
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

9/26/12
_____
Date